FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 AUG 23  PM 3: 04

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ROBERT HARRISON** | **CIVIL ACTION** |
| **VERSUS** | **NO. 04-2423** |
| **RICHARD L. STALDER, ET AL** | **SECTION "T" (5)** |

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the motion to dismiss filed on behalf of defendants, Richard L. Stalder and James D. Miller, is **HEREBY GRANTED**.

New Orleans, Louisiana, this 22nd day of August, 2005.

_____
UNITED STATES DISTRICT JUDGE

___ Fee____
___ Process____
_X_ Dktd____
_✓_ CtRmDep____
___ Doc. No____