UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ROBERT HARRISON                                CIVIL ACTION

VERSUS                                         NUMBER: 04-2423

RICHARD STALDER, ET AL.                        SECTION: "N"(5)


O R D E R

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the answer to the Magistrate Judge's Report and Recommendation filed by the plaintiff on March 20, 2008, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that plaintiff's claims against defendants, Warden James Miller, Officer McMurray, Sgt. Knight and Sun Unit "A" & "B" teams are dismissed as frivolous.

Alternatively, **IT IS ORDERED** that plaintiff's pauper status be revoked upon the finality of the judgment of the Fifth Circuit in



Harrison v. Stalder, No. 06-31324 (5th Cir., December 11, 2007) and that this matter be dismissed with prejudice unless the full filing fee is tendered by plaintiff within 30 days of the rendition of the Court's judgment.

New Orleans, Louisiana, this 26th day of March, 2008.

_____
UNITED STATES DISTRICT JUDGE